FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

2014 JUN -6 PM 12:51

DEPUTY CLERK

APPENDIX D
EEOC COMPLAINT FORMAT

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## _Athens_ DIVISION

__Bobby Burgess__
Plaintiff

vs.   3:14-cv-51

__Quarries, Inc.__
Defendant

### COMPLAINT

1. Plaintiff is a citizen of the United States and resides at __321 Stephens Salem Rd, Stephens GA 30667__

2. Defendant(s) names(s) __Quarries, Inc. P.O. Box 580 Elberton, GA 30635__

Location of principal office(s) of the named defendant(s) __Elberton GA P.O. Box 580, 30635__

Nature of defendant(s)' business __Quarry__

Approximate number of individuals employed by defendant(s) __18__

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 2000e-5(g).

4. The acts complained of in this suit concern:

(A) ____ Failure to employ me.
(B) ✓ Termination of my employment.
(C) ____ Failure to promote me.
(D) ✓ Other Acts as specified below:

_Discrimination_

5. Plaintiff is:

(A) ____ presently employed by the defendant(s).
(B) ✓ not presently employed by the defendant(s).

The dates of this employment were _MAY 2011 – MAY 2013_

Employment was terminated because:

(1) ✓ plaintiff was discharged.
(2) ____ plaintiff was laid off.
(3) ____ plaintiff left the job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

(A) ✓ my race.
(B) ____ my religion.
(C) ____ my sex.
(D) ____ my national origin.
(E) ____ other as specified below:

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant(s) company is/are: white, male, manager

8. The alleged discrimination occurred on or about May 2013

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is/are as follows: He claimed He only wanted mexican workers. He claimed I could not get alone w/ the mexican workers. I was hired to do a job as a flagman so I can't understand how I was not getting alone w/ the mexican workers who didn't speak english.

10. The alleged illegal activity took place at The Quarries, Inc. Elberton, GA.

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about May 2013. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on 2 wks later.

12. I seek the following relief:

(A) ✓ recovery of back pay.
(B) ___ reinstatement to my former job or position.
(C) ✓ front pay (where reinstatement is not suitable).
(D) ___ damages (damages are recoverable only in age discrimination cases and only for "willful violations" of the Act.
(E) ___ injunctive relief.
(F) ___ expenses and attorney's fees.
(G) ✓ other (describe below):

GAS, TIME, UNJUSTLY FIRING,

_____
(Signature and date)

321 STEPHEN SALEM RD
(Address)

706 759 3374
(Phone Number)

Attachment:   Right to Sue Notice